1   Francis S. Floyd, WSBA No. 10642
    Skyler P. Urban, WSBA No. 58761
2   FLOYD, PFLUEGER & RINGER P.S.
3   3101 Western Ave, Suite 400
    Seattle, WA 98121-3017
4   Phone: 206 441-4455
    ffloyd@floyd-ringer.com
5   surban@floyd-ringer.com

6

7

8

9

10              UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF WASHINGTON

11

12  STEPHEN   BURGESS,   individually,  and      NO. 1:23-cv-03054
    BRUCE   WOLF,   as  the  court-appointed
    Personal  Representative  of  the  Estate  of   DEFENDANTS HTS LOGISTICS, INC.
13  DEBORA M. BURGESS and on behalf of all      AND SAHIL TAYA'S ANSWER AND
    statutory wrongful death beneficiaries,      AFFIRMATIVE DEFENSES TO
14                                               PLAINTIFFS' COMPLAINT FOR
                   Plaintiffs,                   WRONGFUL DEATH, SURVIVORSHIP,
15                                               NEGLIGENCE, PRODUCT LIABILITY
            vs.                                  AND NEGLIGENT INFLICTION OF
16                                               EMOTIONAL DISTRESS
    DAIMLER  TRUCK  NORTH  AMERICA,  a
    Delaware  limited  liability  company;  HTS
17  LOGISTICS,  INC.,  an  Illinois  corporation;
    SAHIL  TAYA  and  JANE  DOE  TAYA,
18  husband and wife; and XYZ Corporations (1-
    5).
19
20                 Defendants.

21          COME NOW, Defendants HTS Logistics, Inc. and Sahil Taya (hereinafter collectively

22  referred to as "Defendants"), by and through their counsel of records, and answer Plaintiffs'

23  Complaint as follows:

24

25  DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S      FLOYD, PFLUEGER & RINGER P.S.
    ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'        3101 WESTERN AVENUE, SUITE 400
    COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,           SEATTLE, WA  98121-3017
    NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT           TEL 206 441-4455
    INFLICTION OF EMOTIONAL DISTRESS - 1                  FAX 206 441-8484

## I.    THE PARTIES

1.1    In answer to paragraph 1.1, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.2    In answer to paragraph 1.2, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.3    In answer to paragraph 1.3, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.4    In answer to paragraph 1.4, Defendants admit.

1.5    In answer to paragraph 1.5, Defendants admit.

1.6    In answer to paragraph 1.6, Defendants admit that this Court has general and specific personal jurisdiction over HTS.

1.7    In answer to paragraph 1.7, Defendants admit that this Court has general and specific personal jurisdiction over HTS.

1.8    In answer to paragraph 1.8, Defendants admit.

1.9    In answer to paragraph 1.9, Defendants state that this paragraph seeks a legal conclusion regarding causation for which an answer is not required. To the extent a response is required, Defendants admit that it was the leasee and operator of a semi-truck and trailer involved in the subject accident. As to any remaining allegations for which a response is required, Defendants deny.

1.10    In answer to paragraph 1.10, Defendants state that this paragraph seeks a legal conclusion regarding causation for which an answer is not required. To the extent a response is required, Defendants admit that Defendant Taya was in the course and his scope of

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 2

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

employment with HTS at the time of the subject accident. As to any remaining allegations for which a response is required, Defendants deny.

1.11    In answer to paragraph 1.11, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.12    In answer to paragraph 1.12, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.13    In answer to paragraph 1.13, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.14    In answer to paragraph 1.14, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

1.15    In answer to paragraph 1.15, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

## II.    <u>JURISDICTION AND VENUE</u>

2.1    In answer to paragraph 2.1, Defendants state that this paragraph seeks a legal conclusion regarding causation for which an answer is not required. To the extent that a response is required, Defendants admit that diversity of parties exists under 28 U.S.C. § 1332.

2.2    In answer to paragraph 2.2, Defendants state that this paragraph seeks a legal conclusion regarding causation for which an answer is not required. To the extent that a response is required, Defendants admit that they had sufficient minimum contacts with Washington for this Court's jurisdiction to be consistent with the traditional notions of fair play and substantial justice in accord with due process.

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 3

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484

2.3    In answer to paragraph 2.3, Defendants state that this paragraph seeks a legal conclusion regarding causation for which an answer is not required. To the extent that a response is required, Defendants admit that venue is proper in this Court under 28 U.S.C. § 1391(b)(2).

### III.    FACTS

3.1    In answer to paragraph 3.1, Defendants admit.

3.2    In answer to paragraph 3.2, Defendants admit.

3.3    In answer to paragraph 3.3, Defendants admit.

3.4    In answer to paragraph 3.4, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.5    In answer to paragraph 3.5, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants admit that Defendant Taya drove a 2022 Freightliner Cascadia and a trailer through a Pilot Truck Stop located in Ellensburg, WA, where the accident occurred, on August 15, 2022. As to any remaining allegations for which a response is required, Defendants deny.

3.6    In answer to paragraph 3.6, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants deny.

3.7    In answer to paragraph 3.7, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants state they are without sufficient knowledge or information to admit or deny, and therefore deny the same.

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 4

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484

3.8     In answer to paragraph 3.8, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.9     In answer to paragraph 3.9, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.10    In answer to paragraph 3.10, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants deny.

3.11    In answer to paragraph 3.11, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants deny.

3.12    In answer to paragraph 3.12, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.13    In answer to paragraph 3.13, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required.  To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.14    In answer to paragraph 3.14, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required.  To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.15    In answer to paragraph 3.15, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required.  To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 5

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.16    In answer to paragraph 3.16, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required.    To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.17    In answer to paragraph 3.17, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.18    In answer to paragraph 3.18, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required.    To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.19    In answer to paragraph 3.19, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.20    In answer to paragraph 3.20, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.21    In answer to paragraph 3.21, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 6

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.22    In answer to paragraph 3.22, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.23    In answer to paragraph 3.23, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.24    In answer to paragraph 3.24, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.25    In answer to paragraph 3.25, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.26    In answer to paragraph 3.26, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.27    In answer to paragraph 3.27, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required.   To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.28    In answer to paragraph 3.28, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.29    In answer to paragraph 3.29, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.30    In answer to paragraph 3.30, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 7

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.31    In answer to paragraph 3.31, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.32    In answer to paragraph 3.32, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.33    In answer to paragraph 3.33, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.34    In answer to paragraph 3.34, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.35    In answer to paragraph 3.35, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.36    In answer to paragraph 3.36, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 8

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

3.37    In answer to paragraph 3.37, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.38    In answer to paragraph 3.38, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.39    In answer to paragraph 3.39, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.40    In answer to paragraph 3.40, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.41    In answer to paragraph 3.41, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.42    In answer to paragraph 3.42, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.43    In answer to paragraph 3.43, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.44    In answer to paragraph 3.44, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.45    In answer to paragraph 3.45, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 9

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.46    In answer to paragraph 3.46, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.47    In answer to paragraph 3.47, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.48    In answer to paragraph 3.48, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.49    In answer to paragraph 3.49, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.50    In answer to paragraph 3.50, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.51    In answer to paragraph 3.51, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 10

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.52    In answer to paragraph 3.52, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.53    In answer to paragraph 3.53, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.54    In answer to paragraph 3.54, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.55    In answer to paragraph 3.55, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.56    In answer to paragraph 3.56, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.57    In answer to paragraph 3.57, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.58    In answer to paragraph 3.58, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.59    In answer to paragraph 3.59, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 11

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.60     In answer to paragraph 3.60, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.61     In answer to paragraph 3.61, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.62     In answer to paragraph 3.62, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.63     In answer to paragraph 3.63, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

3.64     In answer to paragraph 3.64, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

## IV.    <u>NEGLIGENCE</u>

4.1     In answer to paragraph 4.1, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants deny.

4.2     In answer to paragraph 4.2 Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 12

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants admit that Defendant Taya was within the scope of his employment with HTS at the time of the subject accident. As to any remaining allegations for which a response is required, Defendants deny.

4.3     In answer to paragraph 4.3, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants deny.

4.4     In answer to paragraph 4.4, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent a response is required, Defendants deny.

## V.    <u>STRICT PRODUCTS LIABILITY</u>

5.1     In answer to paragraph 5.1, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.2     In answer to paragraph 5.2, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.3     In answer to paragraph 5.3, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 13

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484

5.4     In answer to paragraph 5.4, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.5     In answer to paragraph 5.5, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.6     In answer to paragraph 5.6, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.7     In answer to paragraph 5.7, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.8     In answer to paragraph 5.8, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.9     In answer to paragraph 5.9, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required,

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 14

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.10   In answer to paragraph 5.10, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.11   In answer to paragraph 5.11, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.12   In answer to paragraph 5.12, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.13   In answer to paragraph 5.13, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.14   In answer to paragraph 5.14, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 15

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

5.15    In answer to paragraph 5.15, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.16    In answer to paragraph 5.16, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

5.17    In answer to paragraph 5.17, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants are without sufficient knowledge or information to admit or deny, and therefore deny the same.

## VI.    BYSTANDER NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

6.1    In answer to paragraph 6.1, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants deny.

6.2    In answer to paragraph 6.2, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants deny.

//

//

//

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 16

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

1

## VII.  <u>DAMAGES</u>

2

7.1     In answer to paragraph 7.1, Defendants state that this paragraph seeks a legal

3

conclusion for which an answer is not required. To the extent and answer is required,

4

Defendants deny.

5

7.2     In answer to paragraph 7.2, Defendants state that this paragraph seeks a legal

6

conclusion for which an answer is not required. To the extent and answer is required,

7

Defendants deny.

8

7.3     In answer to paragraph 7.3, Defendants state that this paragraph seeks a legal

9

conclusion for which an answer is not required. To the extent and answer is required,

10

Defendants deny.

11

7.4     In answer to paragraph 7.4, Defendants state that this paragraph seeks a legal

12

conclusion for which an answer is not required. To the extent and answer is required,

13

Defendants deny.

14

7.5     In answer to paragraph 7.5, Defendants state that this paragraph seeks a legal

15

conclusion for which an answer is not required. To the extent and answer is required,

16

Defendants deny.

17

7.6     In answer to paragraph 7.6, Defendants state that this paragraph seeks a legal

18

conclusion for which an answer is not required. To the extent and answer is required,

19

Defendants deny.

20

7.7     In answer to paragraph 7.7, Defendants state that this paragraph seeks a legal

21

conclusion for which an answer is not required. To the extent and answer is required,

22

Defendants deny.

23

24

25

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 17

7.8     In answer to paragraph 7.8, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants deny.

7.9     In answer to paragraph 7.9, Defendants state that this paragraph seeks a legal conclusion for which an answer is not required. To the extent and answer is required, Defendants deny.

## VIII.   JURY DEMAND

8.1     In answer to paragraph 8.1, Defendants state that this paragraph does not require an answer.

## IX.   PRAYER FOR RELIEF

Defendants deny Plaintiffs' Prayer for Relief, including paragraphs 9.1 through 9.6, in its entirety.

## X.   AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES, Defendants deny that Plaintiffs are entitled to any of the relief for which they pray from Defendants.

WHEREFORE, having fully answered Plaintiffs' Complaint, and without admitting any of the allegations previously denied, Defendants assert the following affirmative defenses:

1.     *Unavoidable accident*. Plaintiffs' alleged injuries and damages may have been solely and proximately caused by an unavoidable accident.

2.     *Comparative Fault; Contributory Negligence*. Plaintiffs' injuries and damages, if any, were proximately caused in whole or in part by Plaintiffs' own negligence and failure to

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 18

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

exercise reasonable care. Pursuant to RCW Chapter 4.22, damages are to be apportioned and reduced proportionate to Plaintiffs' negligence and should be reduced in proportion thereto.

3.    *Comparative Fault of Third Parties.* People or entities other than this defendant, such as Defendant Daimler Truck North America, caused or contributed to the damages plaintiff(s) claim to have suffered. Therefore, any award made in favor of the plaintiff in this case must be reduced by an amount equal to the percentage of the fault of others in causing or contributing to the damages as alleged in the complaint.

4.    *Payments/Write-Offs.* Plaintiffs' damages for medical care and other similar economic damages are limited to those which have been paid by or on his behalf, and to those for which Plaintiffs are legally responsible for payment. Defendants are entitled to a reduction in economic damages awarded in Plaintiffs' favor to the extent that they have been or are written off, contractually reduced, or subject to contractual discounts or otherwise similarly reduced.

Defendants reserve the right to assert additional affirmative defenses that may be identified through continuing investigation and discovery, or withdraw any affirmative defense herein asserted as future investigation, discovery, or trial testimony dictates.

### DEFENDANTS' PRAYER FOR RELIEF

Wherefore, having answered Plaintiffs' complaint and alleged affirmative defenses, Defendants pray that:

1.    Plaintiffs' Complaint be dismissed with prejudice and without an award of costs;

2.    Defendants be awarded costs, disbursements, and reasonable attorneys' fees in defending this action;

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 19

FLOYD, PFLUEGER & RINGER P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
Tel 206 441-4455
Fax 206 441-8484

3.     The Defendants be awarded further relief as the Court deems just and equitable under the circumstances and pursuant to applicable law.

DATED this 22nd day of June, 2023.

FLOYD PFLUEGER & RINGER, P.S.



_____

Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
*Attorneys for Defendants HTS Logistics, Inc.,*
*Sahil Taya and Jane Doe Taya*
FLOYD PFLUEGER & RINGER, P.S.
3101 Western Ave., Suite 400
Seattle, WA  98121
Telephone: (206) 441-4455
Fax: (206) 441-8484
ffloyd@floyd-ringer.com
surban@floyd-ringer.com

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 20

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3017
TEL 206 441-4455
FAX 206 441-8484

1

DECLARATION OF SERVICE

2

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the

3

State of Washington that on the below date, I delivered a true and correct copy of the foregoing

4

via the method indicated below to the following parties:

5

6

Kevin Coluccio                    *Counsel for Plaintiffs*        [X] Via CM/ECF
Coluccio Law                                                     and/or Email
7

2120 1st Avenue, Suite 201                                       [  ] Via Facsimile
Seattle, WA 98109                                                [  ] Via Messenger
8

kc@coluccio-law.com                                              [  ] Via U.S. Mail

9

Kenneth R. Friedman               *Co-Counsel for Plaintiffs*    [X] Via CM/ECF
Lincoln D. Sieler                                                and/or Email
10

Richard H. Friedman                                              [  ] Via Facsimile
Friedman Rubin PLLP                                              [  ] Via Messenger
11

1126 Highland Avenue                                             [  ] Via U.S. Mail
Bremerton, WA 98337-4300
12

kfriedman@friedmanrubin.com
13

lsieler@friedmanrubin.com
rfriedman@friedmanrubin.com
14

15

James P. Murphy                   *Counsel for Defendant*        [X] Via CM/ECF
Brian Armstrong                   *Daimler Truck North*          and/or Email
Murphy Armstrong & Felton LLP     *America LLC*                  [  ] Via Facsimile
16

719 Second Avenue, Suite 701                                     [  ] Via Messenger
Seattle, WA 98104                                                [  ] Via U.S. Mail
17

jpm@maflegal.com
18

bca@maflegal.com

19

Michael J. Kleffner              *Co-Counsel for*                [X] Via CM/ECF
Shook, Hardy & Bacon L.L.P.      *Defendant Daimler Truck*       and/or Email
20

2555 Grand Boulevard             *North America LLC*             [  ] Via Facsimile
Kansas City, Missouri 64108-2613                                 [  ] Via Messenger
21

mkleffner@shb.com                                                [  ] Via U.S. Mail

22

DATED this 22nd day of June, 2023.

23

24

*s/ Sophia E. S. Katinas*
_____
Sophia E. S. Katinas, Legal Assistant

25

DEFENDANTS HTS LOGISTICS, INC. AND SAHIL TAYA'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
COMPLAINT FOR WRONGFUL DEATH, SURVIVORSHIP,
NEGLIGENCE, PRODUCT LIABILITY AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS - 21

FLOYD, PFLUEGER & RINGER P.S.

3101 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121-3017
TEL 206 441-4455
FAX 206 441-8484