Michael A. Angiulo, WSBA #58343
FRIEDMAN|RUBIN PLLP
1109 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446 Fax: (206) 623-0794
mangiulo@friedmanrubin.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN BURGESS, individually, and BRUCE WOLF, as the court-appointed Personal Representative of the Estate of DEBORA M. BURGESS and on behalf of all statutory wrongful death beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER TRUCK NORTH AMERICA, a Delaware limited liability company; HTS LOGISTICS, INC., an Illinois corporation; SAHIL TAYA and JANE DOE TAYA, husband and wife; and XYZ Corporations (1-5).<br><br>Defendants. | NO. 1:23-CV-03054-MKD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael A. Angiulo of Friedman Rubin PLLP, 1109 1st Avenue, Suite 501, Seattle, Washington 98101, hereby enters his appearance as additional counsel of record for above-captioned Plaintiffs.  Copies of all documents, pleadings and correspondence with regard to this litigation are to be served upon counsel at the addresses referenced above.

*Burgess, et al. v. DTNA, et al.,* 1:23-CV-03054
NOTICE OF APPEARANCE – Page 1

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA  98101
(206) 501-4446

DATED this 17th day of August, 2023.

/s/ Michael A. Angiulo
MICHAEL A. ANGIULO, WSBA #58343
FRIEDMAN|RUBIN PLLP
1109 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446 Fax: (206) 623-0794
mangiulo@friedmanrubin.com
Attorney for Plaintiffs

*Burgess, et al. v. DTNA, et al.,* 1:23-CV-03054
NOTICE OF APPEARANCE – Page 2

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446