1  Peter J. Mullenix, WSBA #37171
   FRIEDMAN|RUBIN PLLP
2  1109 – 1st Avenue, Suite 501
   Phone: (206) 501-4446 Fax: (206) 623-0794
3  pmullenix@friedmanrubin.com
   Attorney for Plaintiffs

4

5

6                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
7

8  STEPHEN BURGESS, individually, and
   BRUCE WOLF, as the court-appointed        NO. 1:23-CV-03054
   Personal Representative of the Estate of
9  DEBORA M. BURGESS and on behalf of        **NOTICE OF APPEARANCE**
   all statutory wrongful death beneficiaries,
10
                    Plaintiffs,
11     v.

12
   DAIMLER TRUCK NORTH AMERICA, a
13 Delaware limited liability company; HTS
   LOGISTICS, INC., an Illinois corporation;
14 SAHIL TAYA and JANE DOE TAYA,
   husband and wife; and XYZ Corporations
15 (1-5).

16                  Defendants.

17

18     PLEASE TAKE NOTICE that Peter J. Mullenix of Friedman Rubin PLLP, 1109 – 1st

19 Avenue, Suite 501, Seattle, Washington 98101, hereby enters his appearance as additional counsel

20 of record for above-captioned Plaintiffs. Copies of all documents, pleadings, and correspondence

21 with regard to this litigation are to be served upon counsel at the addresses referenced above.

22 /////

23

   *Burgess, et al. v. DTNA, et al.,* 1:23-CV-03054            FRIEDMAN | RUBIN PLLP
   NOTICE OF APPEARANCE – Page 1                              1109 – 1st Avenue, Suite 501
                                                                  Seattle, WA 98101
                                                                   (206) 501-4446

DATED this 28th day of August, 2023.

/s/ Peter J. Mullenix
PETER J. MULLENIX, WSBA #37171
FRIEDMAN|RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446 Fax: (206) 623-0794
pmullenix@friedmanrubin.com
Attorney for Plaintiffs

*Burgess, et al. v. DTNA, et al.,* 1:23-CV-03054
NOTICE OF APPEARANCE – Page 2

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446

**CERTIFICATE OF SERVICE**

I, Alexandria Gust, hereby certify that a copy of the foregoing was served on all counsel of record via ECF.

DATED this 28th day of August, 2023, at Tacoma, Washington.



---

Alexandria C. Gust, Paralegal
FRIEDMAN|RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446
agust@friedmanrubin.com

*Burgess, et al. v. DTNA, et al.,* 1:23-CV-03054
NOTICE OF APPEARANCE – Page 3

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA  98101
(206) 501-4446