# Exhibit 1

Burgess v. Daimler                                                                                           1



## EISENSTAT FORENSIC PATHOLOGY, LLC
Jonathan Eisenstat, MD
PO Box 567028
Atlanta, GA 31156
678-654-2107

Kenneth Friedman
Friedman | Rubin PLLP
1109 1st Avenue, Suite 501
Seattle, WA 98101

Re: Burgess v. Daimler

11/15/2023

Dear Mr. Friedman,

At your request, I have applied standard and accepted medical and forensic pathology methods to examine the causation of death of Debora Burgess and if she experienced any conscious pain and suffering. This report states my conclusions and the bases for them.

## Qualifications

I am a Medical Doctor, practicing Forensic Pathologist, and the past Chief Medical Examiner for the Georgia Bureau of Investigation. I have performed over 4,000 autopsies in my career and have viewed or assisted in approximately 45,000 more in my career. My training includes subspecialty fellowships in Forensic Pathology, Pediatric Pathology, and Forensic Neuro and Cardiac Pathology. I am certified by the American Board of Pathology to practice Anatomic and Forensic Pathology. The remainder of my experience is set forth in my Curriculum Vitae, which is attached. I have testified as an expert witness in both criminal and civil cases throughout the state of Georgia and a number of other jurisdictions throughout the United States.

## Opinions

It is my opinion, to a reasonable degree of medical certainty, that Debora Burgess died of blunt force injuries to her torso and extremities which resulted in traumatic amputation of her left leg, fractures of her pelvis and right leg, and evisceration of her abdominal contents, as well as other injuries. In addition, it is my opinion that she experienced excruciating conscious pain and suffering as she was struck by, run over, and dragged

Burgess v. Daimler                                                              2

underneath the tractor-trailer and while she lay on the ground for at least 20 minutes. These opinions will be further elucidated below.

**Facts and Data Considered**

I have reviewed the following supplied items concerning the above referenced case:

- Videos from various semi-trucks
- Medical records from Kittitas Valley Fire & Rescue
- Medical records from American Medical Response
- Medical records from Kittitas Valley Community Hospital
- Medical records from Airlift Northwest
- Medical records from Harborview Medical Center
- King County Medical Examiner report and photos
- Certificate of Death
- Photographs from Ellensburg Police
- Ellensburg police bodycam videos

**Basis and Reasons for Opinions**

Debora Burgess was a 65 year old woman who was walking in the parking lot of a Pilot truck stop when she was struck by, run over, and dragged by a semi tractor-trailer. This sequence is seen in the below still frames from a dashcam in different vehicle.



BURGESS - EXP EISENSTAT - 0002

Burgess v. Daimler                                                                3





BURGESS - EXP EISENSTAT - 0003

Burgess v. Daimler                                                                4





BURGESS - EXP EISENSTAT - 0004

Burgess v. Daimler                                                                              5

A police photograph from the scene after the tractor trailer stops shows the path of her body being dragged:



Ellensburg Police-Burgess-0073 [IMG_1158]

Kittitas Valley Fire & Rescue responded to the scene and noted the following:

| Initial Assessment |
| --- |
| Initial Assessment - Symptoms |
| Type: **Primary**, Impression: **Multiple injuries, NOS** |
| Initial Assessment - Impressions |
| Type: **Primary**, Impression: **Multiple injuries** |

Burgess v. Daimler                                                                                6

| Vitals | |
|---|---|
| **#1) 8/15/2022 7:57 PM** | |
| Posture: **Laying** | |
| Heart Rate: **130** | |
| Respiratory Rate: **28 - Rapid** | |
| Pulse Oximetry: **97** | |
| Pain Scale Score: **10**, Pain Scale Type: | |
| Responsiveness: **Alert** | |
| Glasgow Coma Score: | |
| Eyes: **Opens Eyes spontaneously (All Age Groups)** | |
| Motor: **Obeys commands (>2Years); Appropriate response to stimulation** | |
| Verbal: **Oriented (>2 Years); Smiles, oriented to sounds, follows objects, interacts** | |
| Total Score: **15** | |

| Exam |
|---|
| Assessment #1, Performed: **2022-08-15 19:56:00** |
| Neck: **Normal** |
| Chest/Lungs: **Breath Sounds-Equal, Breath Sounds-Normal-Left, Breath Sounds-Normal-Right** |
| Head Status: **Normal** |
| Face Status: **Normal** |

| |
|---|
| Mental Status: **Oriented-Person, Oriented-Event** |
| Eye: **Bilateral(4-mm)** |
| Back and Spine: **Cervical-Midline(Normal), Thoracic-Midline(Normal)** |
| Abdomen: **Periumbilical()** |

| Patient Narrative |
|---|
| Medic 291 dispatched for vehicle vs. Pedestrian. Medic 291 received short report of person hit by semi truck with possible lower limb amputation and abdominal eviscerations. Medic 291 arrived on scene to find patient in parking lot of pilot truck stop between the rear dual tires of a semi truck. Patient was alert and talking to bystanders and EMS. Patient had obvious full left leg amputation with partial right leg amputation. Patient also had abdominal contents showing from below the umbilics. Tourniquet placed by EPD on right leg proximal to the hip approximately 1-2 minutes prior to EMS arrival There was a drag mark on the pavement approximately 50-75 feet long. Patient was carefully rolled onto her back and lifted onto gurney for rapid transport. A rapid head to toe exam was preformed: Head no apparent injuries, Eyes PERL and able to track, Neck no neck tenderness or deformities patient was freely moving neck prior to EMS arrival, Chest no injuries to chest negative barrel hoop and equal lung |

sounds, Abdomen patient had evisceration of lower abdominal area no obvious bleeding, Left leg fully amputated, Right leg partial amputation with major trauma to distal area of thigh with full thickness avulsion to inner thigh, Right lower leg had full evulsion of anterior area of shin, Left arm no apparent injuries, Right arm abrasion to right forearm. PT initially had weak radial pulse but good carotid pulse. Unable to obtain blood pressure while in route to hospital. Sterile dressing was placed over open abdominal wound by EMS. 20g IV placed in right AC and attached to 1000ml bag of lactated ringers. attempt at second IV was unsuccessful. Patient was placed on non rebreather mask at 15lpm. RSI drugs were prepared to facilitate long term care of patient. Patient was administered 300mg ketamine and one minute later administered 60mg of rocuronium with positive effect. Using a MAC 3 blade and 7.0 tube intubation was attempted but unsuccessful. Patient was then placed back on BVM with good compliance. Medic 291 arrived at hospital shortly after intubation attempt and it was decided to attempt again in the ER. Patient was brought into the ER and taken to room 4. Patient was lifted from gurney to hospital bed and report was given to bedside doctor and RN. Medic 291 remained at hospital for short time to assist ER staff with patient care. Patient was successfully intubated by ER Dr. Ghermay. Prior to arrival on scene KVFR personnel had called for a helicopter to land at KVH. Helicopter arrived shortly after patient arrival at ED.

**BURGESS - EXP EISENSTAT - 0006**

Burgess v. Daimler                                                                                    7

She was transported to Kittitas Valley Community Hospital, where the records document:

---

**Emergency Documentation**

Document Name:                    ED Note-Nursing
Service Date/Time:                8/15/2022 20:16 PDT
Result Status:                    Modified

**Addendum by Berry, Stephanie RN on August 15, 2022 21:34 PDT**

1953: 40YO female brought to us via EMS after being drug 40-70feet by back of semitruck. Pt has 12in abdominal evisceration with open bowel. Right leg amputation and left leg mostly amputated. Pt was A&O on scene. Brought in being bagged after Ketamine 300mg and 60mg Rocuronium adminstered per medic report.
62kg
60in

**History Of Present Illness:**
65-year-old female who was at the Pilot truck stop parking lot walking when she was run over by an 18 wheeler. Evidently the truck driver was distracted and did not see her. She sustained a partial amputation of left lower extremity at the hip, with evisceration for abdominal cavity and an unstable pelvis. She also sustained right lower extremity extensive trauma. Tourniquet was applied on the right side at 1953. Patient was sedated with ketamine at 2015, she was also given succinylcholine in route but not intubated yet. Initial pressure was 104/77 heart rate of 87 respirations of 30, sating 100% on 100% FiO2. According to husband patient had just finished taking a shower and was walking towards her truck. Evidently driver of the 18 wheeler did not see her. Patient's husband is in the emergency department, has been updated on the status of his wife.

---

She was then airlifted to Harborview Medical Center, where she was pronounced dead on 8/16/2022 at 12:58 am.

**Presumed Cause of Death:**

|  | Cause | Approximate Duration |
|---|---|---|
| Preliminary Cause of Death 1 | Hemorrhagic shock | hours |
| Preliminary Cause of Death 2 | Traumatic hemipelvectomy with associated amputation of left lower extremity and partial amputation of right lower extremity | hours |
| Preliminary Cause of Death 3 |  |  |
| Underlying Cause of Death |  |  |
| Significant Comorbidities Contributing to Death |  |  |

Her death was referred to the King County Medical Examiner Office who performed an external examination and record review. The medical examiner's summary is as below:

Burgess v. Daimler                                                                8

### PATHOLOGICAL DIAGNOSES:

1. Blunt force injury of the torso
   a. Cutaneous abrasion and laceration
   b. Evisceration of bowels

2. Blunt force injury of the extremities
   a. Cutaneous abrasion and lacerations
   b. Pelvic fracture and traumatic amputation of left hip and leg
   c. Traumatic amputation of right leg at level of knee

3. Evidence of medical therapy including endotracheal intubation, laparotomy, and surgical amputation of left hip

4. External examination only

### OPINION:

This 65 year-old female was a pedestrian struck and then dragged approximately 50 feet by a heavy truck (semi) at a truck stop parking lot out of county and was taken to the hospital where she later died. Cause of death is multiple blunt force injuries. No internal examination is performed, and all diagnoses are obtained from review of medical records and external examination. The manner of death is accident.

### INJURIES, EXTERNAL AND INTERNAL

Torso:

There is laceration of skin below the level of the umbilicus from groin to groin. A 5¼ x 2 inch abrasion is on the left side of the abdomen.

Extremities:

A 5½ x 2½ inch abrasion is on the right forearm with a 2 x 1 inch laceration in the center overlying the elbow. A 5/16 x ¼ inch abrasion is on the left forearm. A 5¼ x 1½ inch abrasion is on the medial left forearm. A ¾ x ½ inch abrasion is on the medial left elbow. A 1¾ x 1½ inch abrasion is on the left hand (palmar aspect hypothenar eminence). There is amputation of the left hip and left lower extremity

with exposure of bowel and left side of pelvic bone which is fractured at the level of the superior pubic rami. A large brush abrasion is on the anterior right thigh (17½ inch in length). There is traumatic amputation of the right leg at the knee.

### INTERNAL EXAMINATION:

No internal examination is performed, and all diagnoses are obtained from review of medical records and external examination.

The severity of her injuries after surgical intervention is documented in the below photograph:

BURGESS - EXP EISENSTAT - 0008

Burgess v. Daimler                                                                                    9



The cause of death was certified as "multiple blunt force injuries".

In consideration of all of the above, it is my opinion, to a reasonable degree of medical certainty, that Debora Burgess died of blunt injuries she sustained when she struck by, run over, and dragged underneath a tractor trailer.  This resulted in multiple injuries to her torso and extremities including, but not limited to, amputation of her left leg, pelvic fractures, partial amputation of her right leg, and evisceration of her intestines.  Of note, the head was documented as being atraumatic.  Despite therapeutic intervention, including surgery, she died of these injuries.

Utilizing another vehicle's dashcam video timestamps, Mrs. Burgess was struck by the front of the tractor at 2:44:59.682, was pulled under the front of the tractor at 2:45:00.732, was just in front of the left front tire at 2:45:02.000, and her body was under the front tire at 2:45:04.169.  Review of a dashcam from another vehicle shows that she was dragged underneath the tractor trailer for at least 26 seconds until the driver came to a stop.  Kittitas fire and rescue alarm was at 19:46:43, dispatch was at 19:49:09, and arrival at scene was at 19:54:46.  When they arrived, Mrs. Burgess was alert and conscious with a Glasgow Coma Score of 15 and complaining of pain at a 10.  Police bodycam video (ELLENSBURG POLICE – 0049 ASHBY@20220816024558) starts with notification of the incident and when the officer arrives on scene shows Debora lying on the ground with her husband next to her holding her hand.  It is apparent that she is conscious as she intermittently moves and speaks, at one point almost 20 minutes into the video saying, "I can't breathe".  On another of the police bodycam videos, she is heard saying "Ow" as first responders roll her onto a sheet, and she continues to groan as they put her onto the gurney for transport.  Kittitas fire and rescue records document that at 20:01 she was given ketamine and at 20:02 she was given succinylcholine for rapid sequence intubation, which was unsuccessful.  This would be the time that she was no longer conscious due to the medications she was given.  Utilizing all of the timestamps above, it is my opinion that Debora Burgess experienced excruciating conscious pain and suffering as well as the fear of impending doom for at least 20 minutes as she was struck

Burgess v. Daimler                                                                    10

by the front of the tractor-trailer, pulled underneath the tractor-trailer, crushed underneath the left front tire, and then dragged to a stopping point during which time she was fully conscious, experiencing the pain of her skin being scraped off, her abdomen being lacerated causing her intestines to protrude through the front of her belly and having her pelvis and legs fractured and amputated/nearly amputated.  With the injuries that she sustained, I am very surprised that she did not die at the scene.  In addition, the fact that she was conscious throughout this entire event and able to verbalize her pain, supports my opinion that she was terrified of what she had just experienced and of the potential that she was going to die.

In coming to my opinions in this case, I utilized standard pathologic methods as I have in every injury evaluation I have performed over my career.  The documented injuries were evaluated as to potential mechanisms utilizing my education, training and experience.

All of the above opinions are given with a reasonable degree of medical certainty and are subject to change upon receipt of further information.

Thank you for the opportunity to review this case.  If you have any questions, please do not hesitate to call me on the above number.

Sincerely,

Jonathan Eisenstat, MD
Diplomate of the American Board of Pathology
Board certified, Anatomic and Forensic Pathology

BURGESS - EXP EISENSTAT - 0010

JONATHAN EISENSTAT, M.D.                                                                                    1

# CURRICULUM VITAE

**JONATHAN EISENSTAT, M.D.**
Mailing address:
PO Box 567028
Atlanta, GA 31156
jeisenstatmd@gmail.com
(C) 678-654-2107

## EMPLOYMENT:

2008 – Present

**Consultant**
Eisenstat Forensic Pathology, LLC (2016)
PO Box 567028
Atlanta, GA 31156

June 2022 – Present

**Consulting Staff, Department of Pathology**
Emory St. Joseph's Hospital

June 2022 – Present

**Consulting Staff, Department of Pathology**
Emory John's Creek Hospital

February 2022 – Present

**Medical Examiner, Part Time**
Fulton County Medical Examiner's Office
430 Pryor Street SW
Atlanta, Georgia 30312

February 2009 – present

**Consulting Staff, Department of Pathology**
Children's Healthcare of Atlanta

November 2015 – January 2022

**Chief Medical Examiner**
Georgia Bureau of Investigation
Department of Forensic Sciences
3121 Panthersville Road
Decatur, GA 30034

October 2014 – October 2015

**Deputy Chief Medical Examiner**
Georgia Bureau of Investigation
Department of Forensic Sciences
3121 Panthersville Road
Decatur, GA 30034

BURGESS - EXP EISENSTAT - 0011

JONATHAN EISENSTAT, M.D.                                                          2

July 2006 – September 2014
**Associate Medical Examiner**
Georgia Bureau of Investigation
Department of Forensic Sciences
3121 Panthersville Road
Decatur, GA 30034

July 2009 – September 2015
**Consultant, Forensic Neuro and Cardiac Pathology**
Dekalb County Medical Examiner's Office
3550 Kensington Road
Decatur, GA 30032

January 2010- March 2014
**Medical Examiner, Part Time**
Dekalb County Medical Examiner's Office
3550 Kensington Road
Decatur, GA 30032

March 2008 – January 2012
**Medical Examiner, Part Time**
Fulton County Medical Examiner's Office
430 Pryor Street SW
Atlanta, Georgia 30312

## POST-GRADUATE TRAINING:

July 2005 – June 2006
**Forensic Neuro / Cardiac Pathology Fellow**
Office of Chief Medical Examiner of the City of New York
520 First Avenue
New York, NY 10016

July 2004 – June 2005
**Forensic Pathology Fellow**
Office of Chief Medical Examiner of the City of New York
520 First Avenue
New York, NY 10016

June 2003 – June 2004
**Pediatric Pathology Fellow**
New York University
Department of Pediatric Pathology
New York, NY 10016

February 2000 – May 2003
**Pathology Resident**
State University of New York at Stony Brook
Department of Pathology
University Hospital and Health Science Center
Stony Brook, NY 11794-7025

June 1998- January 2000
**Resident in General Surgery**
Staten Island University Hospital

**BURGESS - EXP EISENSTAT - 0012**

JONATHAN EISENSTAT, M.D.                                                                     3

Department of Surgery
475 Seaview Avenue
Staten Island, NY 10305

## EDUCATION:

1994-1998

**Sackler School of Medicine / American Program**
Tel Aviv University
Ramat Aviv, Israel
M.D., May 1998

1989-1993

**University of California at Davis**
Davis, CA
B.A. in Dramatic Art

## PAST FACULTY POSITIONS:

2018-2022      **Augusta University Medical Center**
Clinical Assistant Professor, Department of Pathology

2008-2012      **Emory University School of Medicine**
Clinical Assistant Professor of Pathology and Laboratory Medicine

2003-2006      **New York University Medical Center**
Clinical Instructor, Pathology

## PROFESSIONAL ORGANIZATIONS:

American Academy of Forensic Sciences (2007 - present)
National Association of Medical Examiners (2008 - present)
    - Board of Directors (2022 – present)
United States and Canadian Academy of Pathology (2003 – present)
Society for Pediatric Pathology (2003 – present)
Society for Cardiovascular Pathology (2011 – present)
College of American Pathologists (2016 – present)

## COMMITTEES:

Member, Ad hoc - International Relations Committee, National
    Association of Medical Examiners (2022 – present)
Member, Advisory Board, LifeLink of Georgia (2020 - present)
Member, Forensic Pathology Committee, College of American
    Pathologists (2017 – present)
Vice chair, Medical Review Group, State of Georgia (2016 – present)
Member, Ad hoc – Organ and Tissue Donation, National
    Association of Medical Examiners (2014 – present)

## PAST COMMITTEES:

Member, Ad hoc-Government Affairs, National Association of Medical
    Examiners (2019 – 2021)
Member, Georgia Coroner's Training Council (2015-2021)

BURGESS - EXP EISENSTAT - 0013

JONATHAN EISENSTAT, M.D.                                                                            4

Member, Child Fatality Review, State of Georgia (2015 – 2021)
Body Recovery Team, State of Georgia (2013 – 2022)
Mass Disaster Preparedness Committee, Metro Atlanta, Department of
        Health (2013 – 2022)
Member, Ad hoc-International Relations, National Association of
        Medical Examiners (2019 – 2020)
Member, Ad hoc – Protocols for Interagency Interactions in Mass
        Fatality Incidents, National Association of Medical Examiners
        (2015 – 2020)
Chair, Advisory Board, LifeLink of Georgia (2016 - 2020)
Member, Ad-hoc ISO 17020 Transition, National Association of
        Medical Examiners (2016 – 2018)
Member, Sudden Death in the Young Registry (2015 – 2018)
Councilor, Society for Cardiovascular Pathology (2015-2018)
Chair, Membership Committee, Society for Pediatric Pathology (2014-
        2017)
Member, Ad hoc – State Medical Examiners Liason, National
Association of Medical Examiners (2016 – 2017)
Member, Ad hoc – Organ and Tissue Retention, National Association
        of Medical Examiners (2014 – 2016)
Vice Chair, Advisory Board, LifeLink of Georgia (2014 - 2015)
Community Mortality Review Committee, Department of Behavioral
        Health and Developmental Disabilities (2014 – 2015)
Member, Ad hoc – Study of Quality Improvement by Peer Review in
        the ME Office, National Association of Medical Examiners
        (2013 – 2016)
Member, Advisory Board, LifeLink of Georgia (2012 – 2014)
Member, Membership Committee, Society for Pediatric Pathology
        (2012 – 2014)

## MEDICAL LICENSE:

Georgia – License Number: 057454
New York – License number: 217826 (Not registered)

## BOARD CERTIFICATION:

Anatomic Pathology - November 12, 2003
Forensic Pathology - September 19, 2005

## PUBLICATIONS:

### Journals:

**Eisenstat J,** Gilson T, Reimann J, Sampson B.
Low Grade Myofibroblastic Sarcoma of the Heart Causing Sudden
Death.
*Cardiovascular Pathology*. 17:55-59, 2008.

Prakash S, Sarran L, **Eisenstat J,** Antonescu CR et al.
Gastrointestinal Stromal Tumors in Children and Young
Adults: A Clinicopathologic, Molecular, and Genomic
Study of 15 Cases and Review of the Literature.
*Journal of Pediatric Hematology / Oncology*. 27 (4):

BURGESS - EXP EISENSTAT - 0014

JONATHAN EISENSTAT, M.D.                                                                                  5

179 – 187, 2005, April.

Samara GJ, Schaffner AD, **Eisenstat J**, Nguyen HL.
The Effects of the Plasminogen Pathway on Scar Tissue Formation.
*Laryngoscope*. 114 (1): 46 – 49, 2004, January.

**Eisenstat J** , Sudden Death Resulting from a Colloid Cyst of the Third Ventricle.
*Check Sample, Forensic Pathology No* FP04-5
Chicago, IL: ASCP Press: 2004

**Eisenstat J**, Ethylene Glycol Toxicity.
*Check Sample, Forensic Pathology No*. FP03-5
Chicago, IL: ASCP Press; 2003

**Eisenstat J**. Chop Injuries.
*Check Sample, Forensic Pathology No* FP 03-10
Chicago, IL: ASCP Press; 2003

**Eisenstat J**, Bock J. Hypokalemic Thyrotoxic Periodic Paralysis.
*Check Sample, Clinical Chemistry No* CC01-8.
Chicago, IL: ASCP Press; 2001.

## Book Chapters:

**Eisenstat J,** Pediatric Forensic Pathology. In: *Pediatric Pathology, Fifth Edition.* Wolters Kluwer. (2021)

**Eisenstat J,** Pediatric Forensic Pathology. In: *Pediatric Pathology, Fourth Edition.* Wolters Kluwer. (2015)

## Continuing Education:

**Eisenstat J**
College of American Pathologists (CAP)
Forensic Pathology Resource Committee
*2022 FR-B Forensic Pathology Program (SAM Eligible): Case 6A – Sodium Nitrite Toxicity*
Northfield, IL: CAP;2022.

**Eisenstat J,** Grandhi N
College of American Pathologists (CAP)
Forensic Pathology Resource Committee
*2020 FR-A Forensic Pathology Program (SAM Eligible): Case 2 - Chop Wounds*
Northfield, IL: CAP;2020.

**Eisenstat J**, Hawes A
College of American Pathologists (CAP)
Forensic Pathology Resource Committee
*2019 FR-A - Forensic Pathology Program (SAM Eligible): Case 1 - Interrupted Aortic Arch*
Northfield, IL: CAP; 2019

JONATHAN EISENSTAT, M.D.                                                                6

**Posters:**

Gooding AF, **Eisenstat J**
*Historical and Cultural Complications of Repatriating Forensic "Cases" in the Southeastern United States*
American Academy of Forensic Sciences Annual Scientific Meeting
February 2020, Anaheim, CA

Gooding AF, **Eisenstat J**
*An Interdisciplinary Approach to Data Collection of Unidentified Juvenile Remains at the Georgia Bureau of Investigation (GBI)*
American Academy of Forensic Sciences Annual Scientific Meeting
Poster Presentation February 2020, Anaheim, CA

Goss C, Gagne JP, **Eisenstat J**
*Difficult Intubation in the Delivery Room.*
Joseph Dancis Research Day, New York University

Gurses B, **Eisenstat J**, Baram D
*Rare Cause of Pneumomediatinum Diagnosed by Flexible Bronchoscopy.*
Poster presentation at 12th World Congress for Bronchology

Cundiff CA, Metry DM, Abramowsky CR, **Eisenstat J,** Darrisaw L, Palle S, Bhatia A, Shehata B
*Pediatric Right Ventricular Cardiac Steatosis Following Immunosuppressant Treatment*
Poster Presentation at Society for Pediatric Pathology, March 2015

**CONFERENCE PRESENTATIONS:**

*Investigation of Asphyxial Deaths*
Masters 22 Conference
St. Louis University – Death Investigation Course
Hyatt Regency at the Arch
St. Louis, MO
5/26/2022

*Head Trauma and Consciousness*
North American Brain Injury Society
Annual Conference
Roosevelt Hotel
New Orleans, LA
2/26/2020

*The Opioid Epidemic: A Medical examiner's Approach*
Prosecuting Attorney's Council of Georgia
Winter Conference
Brasstown Valley Resort
Young Harris, GA
1/24/2020

*Shaken Baby Syndrome and Investigation of Death in Children*
25th National Congress on Criminalistics
Convention Center of Goiania

JONATHAN EISENSTAT, M.D.                                                              7

Goiania, Brazil
10/3/19

*Using Current Techniques to Identify Skeletonized Remains*
National Criminal Justice Training Center
Missing and Unidentified Persons Conference
The Golden Nugget
Las Vegas, NV
9/16/19

*The Opioid Epidemic – It Affects Everyone*
Masters 18 Conference
St. Louis University – Death Investigation Course
Hyatt Regency at the Arch
St. Louis, MO
8/7/19

*Using Current Techniques to Identify Skeletonized Remains*
Fourth Annual Conference in Forensic and Pediatric Pathology
Georgia Aquarium
Atlanta, GA
6/9/19

*Where's the Aorta? Aortic Arch Abnormalities*
Fourth Annual Conference in Forensic and Pediatric Pathology
Georgia Aquarium
Atlanta, GA
6/9/19

*Assuming a Leadership Role: Looking Back*
Annual Women in Policing Conference
International Law Enforcement Academy
Budapest, Hungary
4/16/2019

*It is not Over Yet: Accounting for the Dead*
10th Annual Law Enforcement and Private Sector Business Continuity Summit
Georgia World Congress Center
Atlanta, GA
12/7/18

*A partnership Model for Creating Continuity in the Medical Examiner Setting During a Mass Fatality*
National Healthcare Coalition Preparedness Conference
Hilton Riverside
New Orleans, LA
11/28/18

*The Opioid Epidemic: It affects everyone*
Georgia Crime Information Center Symposium
Savannah International Trade and Convention Center
Savannah, GA
8/21/18, 8/22/18

*Fatal Wounds*

BURGESS - EXP EISENSTAT - 0017

JONATHAN EISENSTAT, M.D.                                                              8

Prosecuting Attorneys Council Summer Meeting
Jekyll Island, GA
7/23/18

Infant *Death during Sleep: The Role of Doll Re-enactments*
University of Ottawa Annual Conference in Forensic and Pediatric
Pathology
Ottawa Conference and Event Centre
200 Coventry Road, Ottawa, Ontario K1K 4S3
6/15/18

*Organ Donation in a Medical Examiner Setting*
Organ Donation and Transplantation Alliance
Webinar
6/12/18

*Where's the Aorta: Aortic Arch Abnormalities*
University of Ottawa Annual Conference in Forensic and Pediatric
Pathology
Ottawa Conference and Event Centre
200 Coventry Road, Ottawa, Ontario K1K 4S3
6/14/18

*Assuming a Leadership Position*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/8/17

*Death Investigation*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/8/17

*Deaths due to Drug Intoxication*
Association of Organ Procurement Organizations Compass Conference
Marriot Marquis
Atlanta, GA
2/8/17

*Investigation of Childhood Deaths*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/1/16

*Investigation of Childhood Deaths*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/4/15

BURGESS - EXP EISENSTAT - 0018

JONATHAN EISENSTAT, M.D.                                                                                                9

*Child abuse/Child Injury Investigation*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/5/14

## LECTURES:

*Forensic Pathology and the Role of the Medical Examiner*
BIOL 5141 – Forensic Biology
Georgia Southern University
2/16/2022

*Death Investigation: A collaborative Effort*
Korean National Police University
Asan, Republic of Korea
6/7/18

*Death Investigation: A collaborative Effort*
Seoul Institute, National Forensic Service
Seoul, Republic of South Korea
6/4/18

*Deaths due to Drug Intoxication*
Trauma Grand Rounds, Invited Speaker
University of Florida Health Jacksonville
Jacksonville, FL
5/3/17

*Anatomy (Head and Facial Bones, Ears, Eyes, Vertebrae, Spinal cord, Back Structures, Chest Wall, Mediastinum, Buttocks, Femoral Canal, Popliteal Fossa, and Lower Extremity)*
College of Medicine, University of Malawi
Blantyre, Malawi
9/28/2015 – 10/9/2015

*Mass Fatality Incident – Medical Examiner's Role*
Georgia Department of Public Health
The Twelve Hotel – Centennial Park
Atlanta, GA
5/20/2015

*Investigation of Childhood Deaths and Re-enactments*
Georgia Bureau of Investigation/Agent Course
Georgia Public Safety Training Center
1000 Indian Springs Drive
Forsyth, GA 31029
11/6/14

*Child Death Investigation*
LaGrange Police Department
LaGrange, GA
9/4/14

BURGESS - EXP EISENSTAT - 0019

JONATHAN EISENSTAT, M.D.                                                          10

*Child Death Investigation*
Peace Officers Association of Georgia Annual Meeting
Marriot Riverfront
100 General McIntosh Blvd
Savannah, GA 31401
8/27/14

Mass *Fatality Incident – Medical Examiner Role*
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30333
8/21/14

*Mass Fatality Incident – Medical Examiner Role*
Mass Fatality Workshop
Georgia Department of Public Health
Holiday Inn, Macon North
Macon, GA
5/15/14

*Investigation of Infant Deaths*
Child abuse specialists/Georgia Bureau of Investigation
Georgia Public Safety Training Center
1000 Indian Springs Drive
Forsyth, GA 31029
8/20/13

*Medical certification of death: A forensic pathologist's view*
Northside Hospital
Atlanta, GA
6/16/11

*Introduction to forensic pathology*
Medical College of Georgia / The University of Georgia Medical Partnership
Athens, GA
1/19/11

*Forensic Pathology*
Anthropology 3550/6550
University of Georgia
Athens, GA
3/29/10

*Introduction to forensic pathology*
Medical College of Georgia / The University of Georgia Medical Partnership
Athens, GA
3/3/10

*Introduction to forensic pathology*
Medical College of Georgia / The University of Georgia Medical Partnership
Athens, GA

BURGESS - EXP EISENSTAT - 0020

JONATHAN EISENSTAT, M.D.                                                                    11

1/13/10, 3/3/10

*Investigation of Natural Deaths and Blunt Injury Deaths*
Clayton County Police Department
Jonesboro, GA
3/4/09

*Death Certification*
El Camino Hospital
Mt View, CA
12/4/07

*Forensic Pathology*
Piedmont Hospital
Atlanta, GA
4/18/07

*Neuropathology of HIV*
Office of Chief Medical Examiner
New York, NY 10016
11/17/05

*Introduction to Forensic Pathology*
Nairobi University Hospital
Nairobi, Kenya
10/11/2005

*Introduction to Forensic Pathology*
Human Osteology Course
Hunter College
New York, NY
2/23/2005

*Chop Wounds*
Office of Chief Medical Examiner
New York, NY 10016
12/02/2004

**CONFERENCES:**

Fourth Annual Conference in Forensic and Pediatric Pathology
Georgia Aquarium
Atlanta, GA
6/9/19
Conference Director

American Academy of Forensic Sciences Annual Meeting
Virtual meeting
2/19/2021
Moderator – Pathology Biology Session

*Revised November 2022*

BURGESS - EXP EISENSTAT - 0021

Jonathan Eisenstat, MD                    Depositions                                    1



JONATHAN EISENSTAT, M.D.
EISENSTAT FORENSIC PATHOLOGY, LLC
PO Box 567028
Atlanta, GA 31156
Telephone: 678-654-2107
jeisenstatmd@gmail.com

**DEPOSITIONS**

**2019**

1.  Raymond Weber v American Family Insurance et al
    Russell Golla
    Anderson, O'Brien, Bertz, Skrenes, & Golla, LLP
    1257 Main Street, PO Box 228
    Stevens Point, WI 54481-0228
    Circuit Court, Dane County, Wisconsin
    Case No. 2017-CV-000394
    Plaintiff, Blunt trauma, under ride
    Deposition 1/24/19

2.  Paul Pappas v Ford Motor Company
    Greg Marks
    Guajardo & Marks, LLP
    12221 Merit Drive, Suite 945
    Dallas, TX 75251
    Superior Court, Middlesex County, New Jersey
    Docket No. Mid-L-005811-16
    Plaintiff, Post collision fire
    Deposition 2/1/19

3.  Mariela Cote v Variety Children's Hospital
    Tullio Iacono
    Cole, Scott, & Kissane
    9150 South Dadeland Blvd, Suite 1400
    P.O. Box 569015
    Miami, FL 33256
    Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida
    Case No. 2018-008661-CA-01
    Defense, Pediatric pneumonia
    Deposition, 2/11/19

4.  Arlene Calhoun (Steele) v. Dekalb Medical Center
    Kristin Pierson
    Bendin, Sumrall & Ladner, LLC
    One Midtown Plaza, Suite 800

Jonathan Eisenstat, MD                     Depositions                                    2

1360 Peachtree Street NE
Atlanta, GA 30309
State Court, Dekalb County, GA
File No. 15A54916E3
Defense, medical malpractice, aging of subdural hemorrhage
Deposition, 3/15/19

5.   Lopez (Caraveo) et al vs. Atlas Van Lines et al
     Stuart White
     Liles White
     500 N. Water Street, Ste. 800
     Corpus Christi, TX 78401
     State of New Mexico, County of Santa Fe, First Judicial Circuit
     Cause No. D-101-CV-2017-03264
     Plaintiff, motor vehicle injury causation, pain and suffering
     Deposition, 3/25/19

6.   Bernadette Laroche vs. Ali Ayoub Bazzi, MD
     Krystina Machado
     Cole, Scott & Kissane, P.A.
     9150 South Dadeland Blvd., Suite 1400
     Miami, FL 33156
     Circuit Court of the 17th Judicial Circuit
     Broward County, Florida Circuit Civil Division
     Case number: CACE-17-015731
     Defense, medical malpractice, cardiac vs pulmonary death
     Deposition, 4/1/19

7.   Stead Vestey vs. Kristin Gaffney, DO
     Wendy Longmire
     Ortale Kelley
     330 Commerce Street, Suite 110
     Nashville, TN 37201
     First Circuit Court for Davidson County, TN
     No. 17C963
     Defense, medical malpractice, post cholecystectomy and ERCP peritonitis death
     Deposition, 4/24/19

8.   Coto vs. Richard Bass et al
     Superior Court of Dodge County
     Civil Action File No: 17V-8257
     GBI autopsy
     Non-retained, wrongful death, death in rehabilitation facility
     Deposition, 5/6/19

9.   Bader vs. New Bern Apts et al
     Noah Abrams
     Abrams & Abrams, P.A.
     1526 Glenwood Avenue
     Raleigh, NC 27608
     Superior Court, Craven County, North Carolina
     17 CVS 1647
     Plaintiff, wrongful death, thermal injuries, sprinkler system not activated

BURGESS - EXP EISENSTAT - 0023

Jonathan Eisenstat, MD                Depositions                                    3

Deposition, 6/4/19

10. Diaz vs Mulingtapang
Martin Palmer
Palmer Law Firm
1706 East 11th Avenue
Tampa, Florida 33605
Circuit Court of the 13th Judicial District
Hillsborough County, FL
Case No.: 16-CA-007612, Division:B
Plaintiff, medical malpractice, complication of anticoagulation
Deposition, 6/11/19

11. Hill v. Paccar et al.
Cale Conley
Conley Griggs, Partin, LLP
4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, GA 30327
State Court, Gwinnett County GA
Civil Action File No. 17-C-07188-1
Plaintiff, injury causation, C-spine injury
Deposition, 6/18/19

12. Salinas vs. Ortiz et. al.
Corey Arzoumanian
The Homampour Firm
15303 Ventura Boulevard, Suite 1450
Sherman Oaks, CA 91403
Superior Court of State of California, County of Los Angeles
Case No. BC569227
Plaintiff, MVA, DAI, blunt injury, hypoxia
Deposition (1st), 7/26/2019

13. Elizabeth McElroy (Lewis) v. Clifton Lewis and Baptist Health Centers
Keith Belt
Belt & Bruner
880 Montclair Road
Suite 300
Birmingham, AL 35213
Circuit Court, Jefferson County, AL, Birmingham Division
Civil Action No.: CV-2017-000273
Plaintiff, death following CABG with retained bulldog clamp
Deposition, 8/29/19

14. Lisa Schaaf vs. Hardigan et al
R. Bartley Turner, Esq.
Savage Turner
102 East Liberty Street, 8th Floor
Savannah, Georgia 31412
State Court, Chatham County, GA
Civil Action No. STCV17-01636-FO
Plaintiff, ruptured myocardial infarct

**BURGESS - EXP EISENSTAT - 0024**

Jonathan Eisenstat, MD                 Depositions                                    4

Deposition, 11/8/19

15. Antonio Cochran vs. Navicent Health et al
    Ben B. Philips
    Philips, Branch & Hodges
    105 13th Street, Ste. B
    P.O. Box 2808
    Columbus, GA 31902
    State Court, Bibb County, GA
    Civil Action File No. 88625
    Plaintiff, death after liposuction
    Deposition, 11/26/19

16. Karen McGivern vs. Aurora Medical Group et al
    Brandon Thompson
    Ciresi Conlin
    225 S 6th Street
    Suite 4600
    Minneapolis, MN 55402
    State of Wisconsin, Circuit court, Brown County
    Case No: 15-CV-1751
    Plaintiff, hemopericardium s/p CABG
    Deposition, 12/13/19

**2020**

1. Snow vs. Mobile Infirmary Medical Center
   Toby Brown
   Cunningham Bounds LLC
   1601 Dauphin Street
   Mobile, AL 36604
   Circuit Court of Mobile AL
   Civil Action No. CV-2015-902232 (JAY)
   Plaintiff, medical malpractice, Dilaudid toxicity
   Deposition, 2/25/2020

2. Portis vs Baptist Health
   J. Allan Brown
   Law Offices of J. Allan Brown, LLC
   2051 Dauphin Street
   Mobile, AL 36606
   Circuit Court for Montgomery County, AL
   Case No. 03-CV-2017-900482
   Plaintiff, medical malpractice, retroperitoneal bleed after coronary angiography
   Deposition, 3/31/2020

3. Lee Ann Padgett v. Thomas Lott, MD
   Jay Dow
   The Dow Firm
   1901 Union Street
   Brunswick, GA 31520
   Superior Court, Bryan County, GA
   Civil Action File No. SUV2019000322

Jonathan Eisenstat, MD                Depositions                                5

Plaintiff, medical malpractice, missed diagnosis of aortic dissection
Deposition, 6/4/2020

4.   Robert Ludwig v. Cleveland Clinic Foundaiton
     John Lancione
     The Lancione Law Firm
     619 Linda Street, Suite 201
     Rocky River, Ohio 44116
     Court of Common Pleas, Cuyahoga County, Ohio
     Case No. CV 17 889421
     Plaintiff, medical malpractice
     Post-operative GI hemorrhage
     Deposition, 6/12/2020

5.   Hagan v. Mandel
     Fred Bergen
     Bergen & Bergen
     123 E. Charlton Street
     Savannah, GA 31401
     State Court of Chatham County, Georgia
     Civil Action No. STCV19-00555
     Plaintiff, Medical malpractice
     Air embolism during laparoscopy
     Deposition, 6/30/2020

6.   Poole v. Thor Industries
     Joseph Ritch
     Elliott & Ritch, LLP
     321 Artesian Street
     Corpus Christi, TX 78401
     18th Judicial District Court, Parish of Pointe Coupee, LA
     Suit No. 47903
     Plaintiff, product liability
     Electrocution while working on trailer
     Deposition, 8/14/20

7.   Thompson vs. GM
     Patrick Ardis, Esq
     Wolff Ardis, P.C.
     5810 Shelby Oaks Drive
     Memphis, Tennessee 38134
     Circuit Court of the city of St. Louis
     Case No.: 1922-CC10777-01
     Plaintiff, MVA, post collision fire
     Deposition, 9/18/2020

8.   Welch vs. Little, C&A Transport, et al
     Kyle Findley
     Arnold & Itkin
     6009 Memorial Drive
     Houston, TX 77007
     District Court, Kaufman County TX
     Cause no.: 100982-86

BURGESS - EXP EISENSTAT - 0026

Plaintiff, MVA, rear and front impact
Deposition, 9/25/2020

9.  Gnecco v. Rogers, et al
    Harris Feldman
    Blume, Forte, Fried, Zerres, & Molinari
    One Main Street
    Chatham, NJ 07928
    Superior Court, New Jersey, Essex County
    Docket No.: ESX-L-4179-16
    Plaintiff, medical malpractice, ASCVD
    Deposition, 10/1/2020

**2021**

1.  Tina Sheesley et al vs. Raye Blackwood et al
    Graham E. Sutliff
    Sutliff & Stout
    3600 Bee Cave Road, Suite 102
    Austin, Texas 78746
    District Court, Burnet County, TX
    Cause No. 05774
    Plaintiff, injury causation, pain and suffering, struck by pipe
    Deposition, 1/14/2021

2.  Joanne Kuhn vs. James Clifford, MD et al
    Harris Feldman
    Blume, Forte, Fried, Zerres, & Molinari
    One Main Street
    Chatham, NJ 07928
    Superior Court, New Jersey, Bergen County
    Docket No.: BER-L-772-18
    Plaintiff, medical malpractice, cause of death, timing of myocardial infarct
    Deposition, 2/8/2021

3.  Lombrana vs. Stallion Production Services et al
    Cullen Moore
    Wigington, Rumley Dunn & Blair L.L.P.
    601 Howard Street
    San Antonio, Texas  78212
    District Court, 293rd Judicial District, Dimmitt County, TX
    Cause no. 19-05-13656-DCV
    Plaintiff, injury causation, H2S exposure
    Deposition, 2/25/2021

4.  Barry Jenkins vs United States of America
    GBI autopsy
    Wrongful death, drug intoxication
    Deposition, 3/17/2021

5.  David Welch vs. Brandon Barner et al
    Greg Allen
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

BURGESS - EXP EISENSTAT - 0027

218 Commerce Street
PO Box 4160
Montgomery, AL 36103-4160
Circuit Court of Mobile, AL
Case No. CV-2019-903280
Plaintiff, bus rollover, traumatic asphyxia
Deposition, 3/18/2021

6.  Gosa vs. Alabama & Gulf Coast Railway, et al
    Jonathan K. Findley, Esq.
    Arnold & Itkin LLP
    6009 Memorial Drive
    Houston, Texas 77007
    Circuit Court of Pickens County, AL
    Case No. 54-CV-2018-900051.00
    Plaintiff, delayed seizure death after blunt head trauma
    Deposition, 3/24/2021

7.  Mohamed Massaquoi vs. Mountain Motorsports and Polaris
    Noah Abrams
    Abrams & Abrams, P.A.
    1526 Glenwood Avenue
    Raleigh, North Carolina 27608
    State Court of Rockdale County, GA
    Case No. 2019-SV-1579
    Plaintiff, crush injury of hand
    Deposition, 4/19/2021

8.  Jacob Ohl vs. CSX Transportation
    Cale Conley
    Conley, Griggs, Partin
    4200 Northside Parkway, NW Building One, Suite 300
    Atlanta, GA 30327
    United States District Court, Northern District of Georgia, Atlanta Division
    Civil Action, File No. 1:19-cv-01446-SCJ
    Plaintiff, pedestrian struck by train
    Deposition, 5/6/2021

9.  Susan Byers vs. Central Transport et al
    Kevin Liles
    Liles White
    500 N. Water Street, Suite 800
    Corpus Christi, TX 78401
    State of New Mexico, County of Santa Fe, First Judicial District
    No. D-101-CV-2018-02066
    Plaintiff, delayed septic complications of motor vehicle collision
    Deposition, 5/13/2021

10. Laura Olger (Wykes) vs. Cooley and Flint
    Matthew Curtis
    Sommers Schwartz, PC
    One Towne Square, 17th floor
    Southfield, MI 48076

BURGESS - EXP EISENSTAT - 0028

Jonathan Eisenstat, MD                Depositions                                              8

State of Michigan, Circuit Court County of Genesee
Case No. 19-113320-NH
Plaintiff, cardiac death vs seizure
Deposition, 5/20/2021

11. Joanna Coulter (Derringer) vs. TX Eastern transmission et. al.
Kyle Findley
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007
295th Judicial District, District Court of Harris County, TX
Consolidated Cause No. 2019-56490
Plaintiff, gas pipeline explosion, pulmonary barotrauma and thermal injuries
Deposition, 5/24/2021

12. Bryan Livengood vs. Halliburton Energy Services et. al.
Kyle Findley
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007
334th Judicial District, District Court of Harris County, TX
Cause No. 2019-47237
Plaintiff, motor vehicle collision, post collision fire
Deposition, 7/1/2021

13. Dorothy Broussard vs. Rodney Turnipseed and Dallas Container Corporation
Daniel Smith
Law Office of Joel A. Levine
1515 W. Koenig Ln. Suite 100
Austin, Texas 78756
District Court, 101st Judicial District, Dallas County TX
Cause No. DC-20-06444
Plaintiff, Pedestrian Struck by Motor Vehicle
Deposition, 7/6/2021

18. Joleen Youngers (Rojo) vs, AFT Transport et. al.
Jason Medina
Glasheen, Valles & Inderman
1302 Texas Avenue
Lubbock, TX 79401
State of New Mexico, County of Santa Fe, First Judicial Court
Case No. D-101-CV-2019-00855
Plaintiff, MVA post collision fire, natural or accident
Deposition, 8/10/2021

19.  Salinas vs. Ortiz et. al.
Corey Arzoumanian
The Homampour Firm
15303 Ventura Boulevard, Suite 1450
Sherman Oaks, CA 91403
Superior Court of State of California, County of Los Angeles
Case No. BC569227
Plaintiff, MVA, DAI, blunt injury, hypoxia

BURGESS - EXP EISENSTAT - 0029

Jonathan Eisenstat, MD                    Depositions                                    9

Deposition (2ⁿᵈ), 8/27/20201

20. Jeprece Roussell vs. PBFX Operating company, LLC, ET AL.
    Roland Christensen
    Arnold & Itkin
    Arnold & Itkin LLP
    6009 Memorial Drive
    Houston, TX 77007
    19th Judicial District Court for the Parish of East Baton Rouge
    State of Louisiana
    Docket No. C-672352
    Plaintiff, asphyxia in refinery tank
    Deposition, 9/2/2021

21. Marcus Henley, et. al. v. Lizard Lounge Dallas, Inc.
    CJ Baker
    Armstrong & Lee
    2900 North Loop West Suite 830
    Houston, TX 77092
    District Court of 116th Judicial Circuit, Dallas County, TX
    Cause No. DC-20-11877
    Plaintiff, positional asphyxia
    Deposition, 11/4/2021

22. Bill Murphy v. Tracy Jay Wright et. al.
    R. Blake Brunkenhoefer
    Brunkenhoefer, P.C.
    500 N. Shoreline Blvd., Suite 1100
    Corpus Christi, TX 78401
    County Court, Neuces County, Texas
    Cause No. 2018CCV-60633-4
    Plaintiff, drowning, boat capsize
    Deposition, 12/3/2021

23. Kasey Adame v. Yosmely Vadillo et. al.
    Graham Sutliff
    Sutliff & Stout
    3600 Bee Cave Road, Suite 102
    Austin, Texas 78746
    District Court of Harris County, TX
    Cause No. 2019-89362
    Plaintiff, MVA, fear of impending doom
    Deposition, 12/10/2021

24. Marivel Salinas Rodriguez vs. Kubota Corpration et. al.
    Jeffrey G. Wigington
    Wigington Rumley Dunn & Blair, L.L.P.
    123 North Carrizo Street
    Corpus Christi, TX 78401
    District Court, 370th Judicial District, Hidalgo County, TX
    Cause No. C-1266-18-G
    Plaintiff, wheel struck face, cause of death, conscious pain and suffering, toxicology
    Deposition, 12/15/2021

25. Wong et. al. v. Morrow equipment company et. al.
    Peter Meyers
    Swanson, Gardner, Meyers
    4512 Talbot Road South
    Renton, WA 98055
    Superior Court of Washington for King County
    No. 19-2-07615-7
    Plaintiff, crane fall onto vehicle, compression asphyxia and blunt injuries
    Deposition, 12/30/2021

**2022**

1. Remigio v. Manuel Campos et. al.
   Eric Penn
   The Penn Law Firm
   102 S. Ragsdale Street
   PO Box 2079
   Jacksonville, TX 75766
   District Court of Harris County, TX
   Cause No. 2018-17344
   Plaintiff, MVA, pinned in vehicle
   Deposition, 2/1/2022

2. Jackson Klopstein v. Barry Felker
   Tarun Rana
   Rana Law Group
   655 Craig Rd, Suite 252
   St. Louis, MO 63141
   Circuit Court of the County of St. Louis, State of Missouri
   Cause No.: 20SL-CC03265
   Plaintiff, carbon monoxide exposure in vehicle
   Deposition, 2/4/2022

3. Bryan Baseflug, Sr et.al. vs American Speed Inc.
   Joseph McGowin
   Arnold & Itkin LLP
   6009 Memorial Drive
   Houston, Texas 77007
   District Court, Harris County, Texas
   Cause No. 2019-40983
   Plaintiff, ejected from motorcycle
   Deposition, 2/14/2022

4. Lucio Martinez (Cabrera) v. Ram Tool and Supply Company et.al.
   Mr. Ryan Toomey
   Zinda Law Group, PLLC
   8834 North Capital of Texas Highway, Suite 304
   Austin, Texas 78759
   District Court, Travis County, Texas
   Cause No. D-1-GN-20-005296
   Plaintiff, pedestrian struck by vehicle
   Deposition, 2/17/2022

BURGESS - EXP EISENSTAT - 0031

Jonathan Eisenstat, MD                    Depositions                                        11


5.  Alberta Ward v. Vita Surgical Group, LLC et. al.
    Andrew Vernick
    Vernick & Associates
    111 Annapolis Street
    Annapolis, MD 21401
    Superior Court, District of Columbia
    Case No. 2018 CA 006799 M
    Defense, post liposuction death, question of lidocaine toxicity
    Deposition, 4/5/2022

6.  Krista Ramos v. Stellantis North America and BabyTrend
    Simon Purnell
    Griffin Purnell
    8555 West Forest Home Avenue
    Suite 205
    Greenfield, WI 53228
    United States District Court, Southern District of Texas, Corpus Christi Division
    Case No. 2:21-cv-00099
    Plaintiff, MVA, fire, two children died in vehicle
    Deposition, 4/19/2022

7.  Rosalba Aguilar v. Ford Motor Company
    Adam Milasincic
    The Ammons Law Firm
    3700 Montrose Boulevard
    Houston, Texas 77006
    United States District Court, District of Nevada
    Case No.: 3:21-cv-00359-MMD-WGC
    Plaintiff, Rollover, roof crush, mechanical asphyxia
    Deposition, 5/16/2022

8.  Carol Hubler vs. Walter Fingerer MD, et.al.
    Tulio Iacono
    Cole, Scott, Kissane, P.A.
    9150 S. Dadeland Blvd.
    Suite 1400
    Miami, FL 33256
    Circuit Court, 17th Judicial Circuit, Broward County, FL
    Case No.: CACE 19 021921
    Defense, medical negligence, delayed diagnosis of SCC neck, cause of death
    Deposition, 6/1/2022

9.  Jaime Flores vs. Intex Recreation Corp.
    Stuart White
    Liles White, PLLC
    500 N. Water St., Suite 800
    Corpus Christi, TX 78401-0232
    County Court at Law No. 4, Neuces County, TX
    Cause No. 2020CCV-60971-4
    Plaintiff, drowning in above ground pool, cause and pain and suffering
    Deposition, 6/2/2022

BURGESS - EXP EISENSTAT - 0032

Jonathan Eisenstat, MD                 Depositions                                         12

10. Wiltshire vs. Shoei Company Ltd.
    Jerry Guerra
    Wigington Rumley Dunn & Blair, LLP
    123 North Carrizo Street
    Corpus Christi, Texas 78401
    District Court, Southern District of Texas, Corpus Christi Division
    CIVIL ACTION NO. 2:19CV399
    Plaintiff, motorcycle incident, helmet, cause of death and pain and suffering
    Deposition, 6/29/2022

11. Ireland v. Apple, Inc.
    Steven K. Gerber
    Cozen O'Connor
    One Liberty Place
    1650 Market Street Suite 2800
    Philadelphia, PA 19103
    United States District Court, District of New Jersey
    Case No.: 2:19-CV-05619 (CCC)(ESK)
    Plaintiff, housefire, cause of death and pain and suffering
    Deposition, 8/16/2022

12. Blaylock v. Central Puget Sound Transit Authority, et al
    Todd W. Gardner
    Swanson Gardner Meyers, PLLC
    4512 Talbot Road South
    Renton, WA 98055
    Superior Court of Washington for King County
    NO. 19-2-04009-2 SEA
    Plaintiff, bicyclist hit by pickup into Jersey barrier and run over
    Deposition, 8/18/2022

13. Coiffard v. Ford Motor Company
    Anne M. Dieruf, Esq.
    Jordan Herrington & Rowley
    5445 DTC Parkway, Suite 1000
    Greenwood Village, Colorado 80111
    Common Pleas Court, Erie County, Ohio
    Case No.: 2020 CV 0343
    Plaintiff, delayed complications of blunt chest injuries (MVA)
    Deposition, 8/19/2022

14. James McCormick vs. Sara Earlene O'Reilly
    David A. Vukelja
    595 W. Granada Blvd., Ste. L
    Ormond Beach, FL 32174
    Circuit Court, 7th Judicial Circuit, in and for Volusia County, FL
    Case Number 2019 11651 PRDL
    Plaintiff, 2 GSW to head, question order and physical abilities
    Deposition, 8/22/2022

15. Wright v. Bavaria Inn
    Donald Sisson

**BURGESS - EXP EISENSTAT - 0033**

Elkus & Sisson, P.C.
7100 E Belleview Avenue
Suite 101
Greenwood Village, CO 80111
District Court, Arapahoe County, State of Colorado
Case Number: 2019CV32418
Division: 21
Plaintiff, altercation at club, restrained prone, carotid hold
Deposition, 9/2/2022

16. Ramanand Singh vs. Honda Motor Company
Steve Hilst, Esq.
Bisnar Chase LLP
One Newport Place
1301 Dove Street, Ste. 120
Newport Beach, CA 92660
Superior Court, State of California, County of Los Angeles, Central District
Case No. 20STCV27868
Plaintiff, seatback failure, subdural and subarachnoid hemorrhage, cause of death
Deposition, 9/13/2022

17. Raggio vs.
John Grinnan
Arnold & Itkin, LLP
56009 Memorial Drive
Houston, Texas 77007
31st Judicial District Court, Jefferson Davis Parish, State of Louisiana
Docket No. C-45-20
Plaintiff, MVA, fetus death
Deposition, 9/15/2022

18. Jeffrey Helmling vs. Western Reserve Hospital
David E. Oeschger, Jr.
The Becker Law Firm
134 Middle Avenue
Elyria, OH 44035
Court of Common Pleas, Summit County, Ohio
Case No. CV-2021-05-1641
Plaintiff, post cervical surgery neck hemorrhage, asphyxia, anoxic encephalopathy
Deposition, 9/16/2022

19. Tamela Marble vs. Keystone Automotive Inc, et.al.
Grant Boston
Hamilton Wingo, LLP
325 N. St. Paul Street, Suite 3300
Dallas, Texas 75201
County Court, at Law No. 4, Dallas County TX
Cause No. CC-21-01573-D
Plaintiff, blunt head injury while at work
Deposition, 9/21/2022

20. Eileen White vs. Sherwood Construction et.al.
Patrick Carr

Jonathan Eisenstat, MD                     Depositions                                    14

Carr & Carr
4416 S. Harvard Ave.
Tulsa, OK 74135
District Court of Oklahoma County, State of Oklahoma
Case No. CJ-2020-4901
Plaintiff, drowning after MVA
Deposition, 9/30/2022

21. Antonio Granado vs. FedEx freight
John Grinnan
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007
District Court, Travis County, TX
Cause No. D-1-GN-19-007104
Plaintiff, vehicle rear ended by FedEx tractor trailer
Deposition, 10/31/2022

22. Kelley et.al. vs. Mattel, Inc et.al.
Trent Shelton
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007
District Court, Southern District of Texas, Corpus Christi Division
Civil Action No. 2:21-cv-00231
Plaintiff, Infant asphyxia in Rock 'n Play Sleeper
Deposition, 11/4/2022

**2023**

1.  Shanks vs. Globe Metallurgical, Inc et.al.
Edwin Lamberth
The Gilmore Firm
1706 Dauphin Street
Mobile, Alabama 36604
Circuit Court, Dallas County, Alabama
Case No. CV-2018-900117)
Plaintiff, facial burns, esophageal intubation
Deposition, 1/5/2023

2.  Champion and Jones vs. Board of Regents of the University System of Georgia
Robert D. Cheeley, Esq. and Andre T. Tennille, Esq.
Cheeley Law Group, LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, Georgia 30009
State Court of Baldwin County Georgia
Civil Action File No.: STCV2019006003
Plaintiff, bicyclist struck by bus
Deposition, 1/19/2023

3.  Andre West vs. Chateau Riviera Limited Partnership
Kevin Riddle
Fieger, Fieger, Kenney & Harrington, P.C.

BURGESS - EXP EISENSTAT - 0035

19390 West Ten Mile Road
Southfield, MI 48075
State of Michigan in the Circuit Court for the County of Oakland
Case Number 21-189160-NI
Plaintiff, 2 year old hanging in window blinds
Deposition, 1/30/2023

4. Strickland v. U-haul international, et.al.
Davis Popper
Conley Griggs Partin, LLP
4200 Northside Parkway, NW
Building One Suite 300
Atlanta, Georgia 30327
State Court of Clayton County, Georgia
Civil Action No.: 2020CV01324
Plaintiff, Propane explosion with burn and pain
Deposition, 3/21/2023

5. Ratliff (Scott,Hord) vs. Valenzuela and Tim Icenhower Oil & Gas
Eric Penn
The Penn Law Firm
102 S. Ragsdale Street
PO Box 2079
Jacksonville, TX 75766
District Court, 369th Judicial District
Cherokee County, TX
Cause No. 2020080271
Plaintiff, Two men in MVA, blunt injuries, pain and suffering
Deposition, 3/22/2023

6. Patricia Lowery Anderson vs. Providence Hospital
Brian Duncan
Cunningham Bounds
1601 Dauphin St
Mobile, AL 36604
Circuit Court of Mobile County, AL
Case No.: CV-20-902279
Plaintiff, MVA, to hospital, placed in waiting room for hours
Deposition, 3/24/2023

7. Lionel S. Dorsey vs. Michael Sokoloff, et al.
Alicen Jobes
Potter Burnett
16701 Melford Blvd, Suite 421
Bowie, MD 20715
United States District Court, District of Maryland, Southern Division
Civil No.: PJM 18-829
Plaintiff, police restraint during seizure with CEW and prone restraint
Deposition, 4/11/2023

8. Gloria Dent et.al. vs. Jinu Kamdar M.D. et.al.
Meg Hatfield Yanacek
Meg Hatfield Law, LLC

Jonathan Eisenstat, MD               Depositions                               16

40 Powder Springs Street
Marietta, Georgia 30064
State Court of Cobb County, GA
Civil Action File No.: 16A3166-3
I performed the autopsy in 2014
Inominate artery injury s/p trach
Deposition, 5/1/2023

BURGESS - EXP EISENSTAT - 0037

Jonathan Eisenstat, MD                TRIAL TESTIMONY                                1



JONATHAN EISENSTAT, M.D.
EISENSTAT FORENSIC PATHOLOGY, LLC
PO Box 567028
Atlanta, GA 31156
Telephone: 678-654-2107
jeisenstatmd@gmail.com

**TRIAL TESTIMONY**

**2019**

1. Velma Kuehn and Elmer Kuehn vs. Joel Hammond, MD and St. Mary's Health Center
   Eugene Fahrenkrog, Jr.
   911 Washington Avenue, Suite 400
   St. Louis, MO 63101
   Plaintiff, medical malpractice, postoperative complication (GI)
   Circuit Court of St. Louis County, MO
   Testify 1/11/19

2. Briana Haley vs. Matthew Baichi MD et al
   Thomas Sacchetta
   Sacchetta & Baldino
   308 East Second Street
   Media, PA 19063
   Plaintiff, medical malpractice, age of appendicitis
   Court of Common Pleas of Chester County, Pennsylvania
   No. 2016-05649
   Testify 5/7/19

3. Membreno-Lopez v Romero, et al
   Sean B. Swords
   The Wenholz Law Firm, P.C.
   13501 Galleria Circle, Suite W-270
   Bee Cave, Texas 78738
   Plaintiff, electrocution, conscious pain and suffering
   District Court, Travis County, TX
   Cause No. D-1-GN-15-004371
   Testify 6/19/19

**2020**

1. Bernadette Laroche vs. Ali Ayoub Bazzi, MD
   Krystina Machado
   Cole, Scott & Kissane, P.A.
   9150 South Dadeland Blvd., Suite 1400
   Miami, FL 33156
   Circuit Court of the 17th Judicial Circuit

BURGESS - EXP EISENSTAT - 0038

Jonathan Eisenstat, MD                TRIAL TESTIMONY                                2

Broward County, Florida Circuit Civil Division
Case number: CACE-17-015731
Defense, medical malpractice, cardiac vs pulmonary death
Trial testimony, 1/10/2020

2.  Hill v. Paccar et al.
    Cale Conley
    Conley Griggs, Partin, LLP
    4200 Northside Parkway, NW
    Building One, Suite 300
    Atlanta, GA 30327
    State Court, Gwinnett County GA
    Civil Action File No. 17-C-07188-1
    Plaintiff, injury causation, C-spine injury
    Trial testimony, 3/13/2020

**2022**

1.  Wong et. al. v. Morrow equipment company et. al.
    Peter Meyers
    Swanson, Gardner, Meyers
    4512 Talbot Road South
    Renton, WA 98055
    Superior Court of Washington for King County
    No. 19-2-07615-7
    Plaintiff, crane fall onto vehicle, compression asphyxia and blunt injuries
    Trial, 2/3/2022 (zoom)

2.  Karen McGivern vs. Aurora Medical Group et al
    Brandon Thompson
    Ciresi Conlin
    225 S 6th Street
    Suite 4600
    Minneapolis, MN 55402
    State of Wisconsin, Circuit court, Brown County
    Case No: 15-CV-1751
    Plaintiff, hemopericardium s/p CABG
    Trial, 4/12/2022

3.  John Flascher vs. Colon and Rectal Surgery Associates, Ltd
    Brandon Thompson
    Ciresi Conlin
    225 S 6th Street
    Suite 4600
    Minneapolis, MN 55402
    State of Minnesota, Ramsey County, District Court, 2nd Judicial District
    Case No.: 62-CV-19-485
    Plaintiff, hemoperitoneum s/p ileocolectomy for Crohn's
    Trial, 6/10/2022

4.  Kim Hill *et al* v. Ford Motor Company *et al*
    Jim Butler
    Butler Prather
    12 Lenox Pointe NE
    Atlanta, GA 30324
    State Court, Gwinett County, Georgia
    Civil Action File No. 6-C-04179-S2
    Plaintiff, rollover with roof crush, performed exhumation autopsies, cause of death

BURGESS - EXP EISENSTAT - 0039

Testified 8/9-8/10/2022

5.  Krista Ramos v. Stellantis North America and BabyTrend
    Simon Purnell
    Griffin Purnell
    8555 West Forest Home Avenue
    Suite 205
    Greenfield, WI 53228
    United States District Court, Southern District of Texas, Corpus Christi Division
    Case No. 2:21-cv-00099
    Plaintiff, MVA, fire, two children died in vehicle
    Testimony, 8/25/2022

6.  State of West Virginia v. Carl Tossah
    Kevin D. Mills
    The Criminal Law Center
    1800 West King Street
    Martinsburg, WV 25401
    State Court, 23rd Judicial Circuit, West Virginia
    CC-19-22-F-90
    Criminal defense, sexual assault, alcohol
    Testimony, 9/27/2022

7.  State of Georgia vs. Jason Brown
    Andrew Healy
    Dekalb County District Attorney's Office
    Administration Bldg
    556 N McDonough St #700
    Decatur, GA 30030
    Cardiac arrhythmia due to altercation with another individual
    Testimony, 10/21/2022

**2023**

1.  Coiffard vs. Ford Motor Company
    Anne M. Dieruf, Esq.
    Jordan Herrington & Rowley
    5445 DTC Parkway, Suite 1000
    Greenwood Village, Colorado 80111
    In the common pleas court, Erie County, Ohio
    Case No.: 2020 CV 0343
    Cause of death following motor vehicle collision
    Testimony, 1/26/2023

2.  State of South Carolina vs. Richard Murdaugh
    Richard Harpootlian
    Harpootlian Attorneys at Law
    1410 Laurel Street
    Columbia, SC 29201
    Court of general sessions, fourteenth judicial circuit
    Indictment 2022-GS-15-00592 through 00595
    Description of gunshot wounds
    Testimony, 2/27/2023

3.  Champion (Jones) vs. Board of Regents of the University System of Georgia
    Bob Cheeley
    Cheeley Law Group
    2500 Old Milton Pkwy, Suite 200

BURGESS - EXP EISENSTAT - 0040

Jonathan Eisenstat, MD          TRIAL TESTIMONY                              4

Alpharetta, GA 30009
State court, Baldwin County, GA
Civil Action File No: STCV2019006003
Plaintiff, run over by bus, injuries, cause of death and pain and suffering
Testimony, 3/28/2023

4. Salinas vs. Nissan
   Corey Arzoumanian
   The Homampour Firm
   15303 Ventura Boulevard, Suite 1450
   Sherman Oaks, CA 91403
   Superior Court of State of California, County of Los Angeles
   Case No. BC569227
   Plaintiff, MVA, DAI, blunt injury, hypoxia
   Testimony, 4/20/2023

**BURGESS - EXP EISENSTAT - 0041**



EISENSTAT FORENSIC PATHOLOGY, LLC
JONATHAN EISENSTAT, M.D.
P.O. Box 567028
Atlanta, GA 31156
678-654-2107
jeisenstatmd@gmail.com

_____

_____

## **FEE SCHEDULE**

I.      Review of medical records, police reports, witness statements, affidavits, photographs, histology slides and any other similar documents are charged at Six Hundred dollars ($600.00) per hour.

II.     There is a retainer equivalent to 5 hours ($3,000).

III.    Telephone calls of 15 minutes or greater are charged at Six Hundred dollars ($600.00) per hour.  There is no charge for calls under 15 minutes.

IV.     Attendance or participation at a deposition is charged at Seven Hundred Fifty dollars ($750.00) per hour.

V.      Testimony at trial is charged at Five Thousand Five Hundred Dollars ($5,500.00) per day.

VI.     Travel expenses are paid by the client, including flight, hotel, car rental and any other necessary travel expense.

VII.    Performance of a complete autopsy is charged at Four Thousand Dollars ($4,000).

VIII.   Performance of a limited autopsy is charged at Three Thousand Dollars ($3,000).

IX.     Performance of an exhumation autopsy is charged at Five Thousand Dollars ($5,000).

**BURGESS - EXP EISENSTAT - 0042**



## EISENSTAT FORENSIC PATHOLOGY, LLC
JONATHAN EISENSTAT, MD
PO Box 567028
Atlanta, GA 31156

INVOICE

Kenneth Friedman
Friedman | Rubin PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101

Re: Burgess v. Daimler

11/15/2023

| Date | Activity | Time | Charge |
|---|---|---|---|
| 7/7/2023 | Review Videos from semi trucks (Videos-Burgess-0001-0004), Medical records from Kittitas Valley Fire & Rescue (Kittitas Valley Fire & Rescue-Burgess-MR001-013), Medical records from American Medical Response (AMR-Burgess-MR001-012), Medical records from Kittitas Valley Community Hospital (Kittitas Valley Community Hospital-Burgess-MR001-114), Medical records from Airlift Northwest (Airlift NW-Burgess-MR001-016), Medical records from Harborview Medical Center (Harborview-Burgess-MR001-214), King County Medical Examiner report and photos (KCME Reports-Burgess-0001-0030), Certificate of Death (Cert of Death-Burgess-0001-0002), Photographs from Ellensburg Police (Ellensburg Police-Burgess-0069, 0071, 0073, 0075) | 2.25 hrs | $ 1,350 |
| 7/13/2023 | Zoom call with Mr. Friedman, Mr. Sieler and Mr. Aguildo | ------- | N/C |
| 10/22/2023 | Review bodycam videos | 1.50 hrs | $   900 |
| 11/15/2023 | Formulate opinion letter | 2.50 hrs | $ 1,500 |

Total  $ 3,750

BURGESS - EXP EISENSTAT - 0043

Please make check payable to Eisenstat Forensic Pathology, LLC and submit payment to the above address.

Thank you for the opportunity to assist you in the above matter.

_____

Jonathan Eisenstat, M.D.

BURGESS - EXP EISENSTAT - 0044

<table>
<tr><td>Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service</td><td>**Request for Taxpayer<br>Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.</td><td>**Give Form to the<br>requester. Do not<br>send to the IRS.**</td></tr>
</table>

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**Jonathan Eisenstat**

**2** Business name/disregarded entity name, if different from above

**Eisenstat Forensic Pathology, LLC**

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**P.O. Box 567026**

**6** City, state, and ZIP code

**Atlanta, GA 31156**

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type. See Specific Instructions on page 3.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

|   |   |   | – |   |   | – |   |   |   |   |

**or**

Employer identification number

| 8 | 1 | – | 2 | 7 | 2 | 2 | 6 | 2 | 6 |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶    Date ▶ 4/26/2023

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

BURGESS - EXP EISENSTAT - 0045