FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN BURGESS, individually, and BRUCE WOLF, as the court-appointed Personal Representative of the Estate of DEBORA M. BURGESS and on behalf of all statutory wrongful death beneficiaries,<br><br>Plaintiffs,<br>vs.<br><br>DAIMLER TRUCK NORTH AMERICA, LLC, a Delaware limited liability company, HTS LOGISTICS, INC. and SAHIL TAYA and JANE DOE TAYA, husband and wife,<br><br>Defendants. | No. 1:23-CV-03054-MKD<br><br>JUDGMENT IN A CIVIL CASE |

**THE COURT HAS ORDERED** that judgment for damages be entered in favor of Plaintiffs and against Defendants HTS Logistics, Inc., and Sahil Taya as follows:

The jury found total damages in the amount of $5,000,000 for personal damages of Debora Burgess, $40,000 for loss of consortium damages of Stephen Burgess, and $500,000 for emotional distress damages of Stephen Burgess. The jury attributed 85% fault to HTS Logistics, Inc. and Sahil Taya, 15% fault to Debora Burgess, and 0% fault to Daimler Truck North America.

JUDGMENT IN A CIVIL ACTION - 1

After applying the jury's fault allocation, judgment is entered against HTS Logistics, Inc. and Sahil Taya in the following amounts:

1.  $4,250,000 for personal damages of Debora Burgess, to be awarded to the Estate of Debora Burgess;

2.  $34,000 for loss of consortium damages of Stephen Burgess, to be awarded to Stephen Burgess; and

3.  $425,000 for emotional distress damages of Stephen Burgess, to be awarded to Stephen Burgess.

The total judgment against HTS Logistics, Inc. and Sahil Taya is $4,709,000, plus post-judgment interest pursuant to 28 U.S.C. § 1961 and costs as taxed.

**THE COURT HAS FURTHER ORDERED** that judgment be entered in favor of Daimler Truck North America, LLC, on all of Plaintiffs' claims asserted against Daimler Truck North America, LLC.

**THIS ACTION WAS** tried by a jury with Judge Mary K. Dimke presiding, and the jury has rendered a verdict.

DATED:  May 29, 2026.

SEAN F. McAVOY
Clerk of Court

By: _s/Cora Vargas_
Deputy Clerk

JUDGMENT IN A CIVIL ACTION - 2